ACCEPTED
01-15-00258-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 12:43:10 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00258-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 12:43:10 PM
CHRISTOPHER A. PRINE
Clerk

_____

IN THE INTEREST OF M.M-Y.P., CHILD

_____

S.L.R., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee

_____

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-00702J

_____

APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

S.L.R, appellant, moves the Court to extend the time to file her brief to Monday, May 18, 2015 and in support thereof respectfully shows:

1. This is an accelerated appeal and appellant's brief is due on April 21, 2015. The decree terminating her parental rights was signed on February 24, 2015.

2.  Good cause exists to grant this motion.  Within the last twenty days appellant's counsel prepared and filed original briefs in the following accelerated appeals: No. 14-14-1030-CV; styled: *In re A.L.H*.; and no. 14-15-00094-CV; styled: *In re I.M.G*.  Counsel is also finishing appellant's original brief in another accelerated appeal numbered 14-15-00205-CV; styled: *In re: L.E.R*, which is due tomorrow.

3.  In addition, within the same time period, counsel prepared for and tried five cases involving the termination of parental rights and appeared in approximately 25 non-trial setting.

4.  This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, S.L.R., appellant, prays that this motion be granted and that the time to file her brief be extended to Monday, May 18, 2015.

Respectfully submitted,

/s/ william m thursland

_____
William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX  77002
Email: wmthursland@hotmail.com
(713) 655-0200 x 105; Fax: (713) 655-9035

Attorney for Appellant, S.L.R.

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, Sandra D. Hachem, is unopposed to this motion.

/s/ william m thursland

_____

William M. Thursland


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on Sandra D. Hachem by electronic delivery or by fax to: (713) 437-4700 on April 21, 2015.

/s/ william m thursland

_____

William M. Thursland